UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Alan Richard DeLong | ) | Chapter 13 |
| | ) | |
| | ) | 20-11127 ELF |

**CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of March 20, 2020, I have received no objections by any creditor or party in interest, either verbally or in writing, to Debtor's Motion to Extend the Automatic Stay under section 362(C)(3)(B) in the above-captioned case.

<u>/s/ Albert J. Scarafone</u>
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000