# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

ALAN RICHARD DELONG     Bankruptcy No. 20-11127-ELF

4521 EAST CAMPBELL ROAD

PENNSBURG, PA 18073-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ALAN RICHARD DELONG

    4521 EAST CAMPBELL ROAD

    PENNSBURG, PA 18073-

**Counsel for debtor(s), by electronic notice only.**
    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 4/24/2020          /s/ William C. Miller

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee