# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-11127-ELF

ALAN RICHARD DELONG

4521 EAST CAMPBELL ROAD

PENNSBURG, PA 18073-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ALAN RICHARD DELONG

    4521 EAST CAMPBELL ROAD

    PENNSBURG, PA 18073-

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

                                          /S/ William C. Miller

Date: 5/14/2020                                      _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee