# UNITED STATES BANRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION

In re:

Alan Richard Delong

Debtor(s).

Case No. 20-11127-ELF

Chapter 13

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #4-1**

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that Global Lending Services LLC is canceling the debt related to the Proof of Claim filed on April 15, 2020 and assigned as claim number 4-1 and considers the Proof of Claim as satisfied as of the date of this Notice. Global Lending Services LLC will be releasing the lien on the collateral, and any future disbursements on claim number 4-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: June 10, 2020

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, TX  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for Global Lending Services LLC

## CERTIFICATE OF SERVICE OF SATISFACTION OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 10th day of June, 2020 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Alan Richard Delong
4521 East Campbell Road
Pennsburg, Pennsylvania 18073

**Debtors' Attorney**
Albert J. Scarafone JR.
Hill Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, Pennsylvania  19422

**Chapter 13 Trustee**
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, Pennsylvania 19105

                                                              /s/ Natalie Lea
                                                              Natalie Lea