## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alan Richard DeLong | |
| Debtor(s) | |
| | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 20-11127 ELF |
| Alan Richard DeLong | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING LLC, which

was filed with the Court on or about **April 10, 2020, docket number 18**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


July 31, 2020