# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alan Richard DeLong <br> Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC <br> Movant <br> vs. | NO. 20-11127 PMM |
| Alan Richard DeLong <br> Debtor(s) | |
| Kenneth E. West Esq. <br> Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __5th__ day of __April__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge