UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Alan Richard DeLong        )   Chapter 13
                                        )   20-11127 PMM
                                        )
                                        )   **Hearing to be Held on May 23, 2023 at 1:00**
                                        )   **PM.**
                                        )   **Courtroom 1, 900 Market Street, 2nd Floor,**
                                        )   **Philadelphia, PA 19107**

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Debtor has filed a motion with the Court to Modify Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 18, 2023,** you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at

            U.S. Bankruptcy Court
            Clerk's Office
            United States Courthouse
            900 Market Street
            Philadelphia, PA 19107-4295

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Albert J. Scarafone, Jr., Esquire
            Hill, Friedland & Scarafone
            1717 Swede Road, Suite 200
            Blue Bell, PA 19422-3372
            Phone No.: 610-275-4000
            Fax No.: 610-275-4883

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      **A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on May 23, 2023 PM, at 1:00 PM. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.**

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

      Attorney for Movant
HILL, FRIEDLAND & SCARAFONE

Date:  April 6, 2023

/s/ Albert J. Scarafone, Jr.
By: Albert J. Scarafone, Jr., Esquire
1717 Swede Road
Suite 200
Blue Bell, PA 19422-3372
Phone: (610) 275-4000
Fax: (610) 275-4883