UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Alan Richard DeLong    )  Chapter 13
                                  )  20-11127 PMM
                                  )

## **CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of May 19, 2023, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Modify Plan After Confirmation..

                                    /s/ Albert J. Scarafone
                                    Albert J. Scarafone, Jr., Esq.
                                    Hill, Friedland & Scarafone
                                    1717 Swede Road, Suite 200
                                    Blue Bell, PA 19422-3372
                                    (610) 275-4000