CURTUS**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

**ALAN RICHARD DELONG,**

      **Debtor[s]**

:     Chapter 13
:
:     Case No.  20-11127 (PMM)
:
:

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #56, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #62) is **approved**.

Date:  May 23, 2023

                                            *Patricia M. Mayer*
                                        **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**