FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Alan Richard DeLong | ) | Chapter 13 |
| | ) | |
| | ) | 20-11127 PMM |

**O R D E R**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in the favor of the Applicant in the amount of **$1,500.00**. This amount may be paid to counsel pursuant to the terms of the confirmed Plan.

BY THE COURT:

Dated: 5/25/23

*Patricia M. Mayer*

PATRICIA M. MAYER
**U.S. BANKRUPTCY COURT**