UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Alan Richard DeLong    )  Chapter 13
                                     )
                                     )  20-11127 PMM
                                     )

**OBJECTION BY DEBTOR TO**
**CERTIFICATION OF DEFAULT**

Debtor by and through his counsel, objects to the Certification of Default filed by Lakeview Loan Servicing LLC for failure to comply with the terms of the stipulation.

Respectfully submitted,

/s/ Albert J. Scarafone, Esquire
Albert J. Scarafone, Esq.
Hill, Friedland & Scarafone
Attorneys for Debtors
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone: 610-275-4000
Fax: 610-275-4883