### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Alan Richard DeLong

Debtor(s)

Case No: 20−11127−pmm

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing LLC Filed by Alan Richard DeLong

on: 3/13/24

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/16/24

Timothy B. McGrath
Clerk of Court