United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11127-pmm |
| Alan Richard DeLong | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2024 | Form ID: 167 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alan Richard DeLong, 4521 East Campbell Road, Pennsburg, PA 18073-2604 |
| 14508025 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14479923 | + | LAKEVIEW LOAN SERVICING LLC, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14472199 | | M&T Bank, PO Box 5738, Springfield, OH 45501-5738 |
| 14620180 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14477363 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Feb 17 2024 00:19:00 | Global Lending Services LLC, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| 14472195 | | Email/Text: bankruptcy@glsllc.com | Feb 17 2024 00:19:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 14494416 | | Email/Text: bankruptcy@glsllc.com | Feb 17 2024 00:19:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14472196 | | Email/Text: Bankruptcy@ICSystem.com | Feb 17 2024 00:19:00 | I C System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14472197 | ^ | MEBN | Feb 17 2024 00:16:02 | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14490125 | ^ | MEBN | Feb 17 2024 00:15:55 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, BUFFALO, NY 14240-0840 |
| 14472198 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 17 2024 00:19:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Mail Stop MS5/251, Miami, FL 33146-1837 |
| 14472200 | + | Email/PDF: pa_dc_claims@navient.com | Feb 17 2024 00:21:33 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 14482856 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 17 2024 00:19:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14472201 | + | Email/Text: joe.papagno@smscollects.com | Feb 17 2024 00:20:00 | Source Recovery Services, PO Box 486, Mt Laurel, NJ 08054-0486 |
| 14472202 | + | Email/Text: bncmail@w-legal.com | Feb 17 2024 00:19:00 | TD Bank USA, c/o Weinstein & Riley, PS, 2001 Western Avenue - Suite 400, Seattle, WA 98121-3132 |

TOTAL: 11

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Feb 16, 2024      Form ID: 167      Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Alan Richard DeLong scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Alan Richard DeLong
    Debtor(s)

Case No: 20−11127−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing LLC Filed by Alan Richard DeLong

on: 3/13/24

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/16/24

Timothy B. McGrath
Clerk of Court

74 − 73
Form 167