### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alan Richard DeLong <br> <u>Debtor(s)</u> | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC <br> <u>Movant</u> <br> vs. | NO. 20-11127 PMM |
| Alan Richard DeLong <br> <u>Debtor(s)</u> | |
| Kenneth E. West Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this <u>9th</u> day of <u>April</u>, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge