*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Alan Richard DeLong
    Debtor(s)

Case No: 20–11127–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing LLC Filed by Alan Richard DeLong

    on: 2/19/25

    at: 01:00 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/28/25

Timothy B. McGrath
Clerk of Court