B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Alan Richard DeLong**  
Debtor(s)

Case No.  **20-11127**  
Chapter  **13**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **6,950.00** |
   | Prior to the filing of this statement I have received | $ **6,950.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☑ Other (specify):

   a. Debtor paid $1,690.00 pre-petition.
   b. Trustee paid $3,810.00 pursuant to the confirmed chapter 13 plan.
   c. Trustee paid $1,500.00 pursuant to supplemental fee application.
   d. Debtor paid $450.00 post-confirmation directly for supplemental services.

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of petiton and attendance at 341 meeting.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Additional services to be billed at the rate of $275 per hour.  Defending abuse motions under Section 707(b); Litigation for stay violations; Post-discharge injunction actions; Preparing motions for authority to sell property; Litigating any adversary proceedings; Redemption negotiations; Defending motions for relief from stay; Defending objections to exemptions; Defending motionsto dismiss; Litigating objections to confirmation of Chapter 13 plan; Filing amendments to schedules. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re  **Alan Richard DeLong**                                              Case No.  **20-11127**
                                                  Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 5-14-2025 | /s/ Albert J. Scarafone |
| *Date* | **Albert J. Scarafone, Esquire** |
| | *Signature of Attorney* |
| | **Hill, Friedland & Scarafone** |
| | **1717 Swede Road** |
| | **Suite 200** |
| | **Blue Bell, PA 19422-3372** |
| | **610-275-4000  Fax: 610-275-4883** |
| | **scarafone@comcast.net** |
| | *Name of law firm* |