Certificate Number: 14912-PAE-DE-039720934

Bankruptcy Case Number: 20-11127



14912-PAE-DE-039720934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2025, at 7:24 o'clock PM EDT, Alan Delong completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 1, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor