## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  **ALAN RICHARD DELONG**         :        Chapter 13
                                        :
                                        :
                                        :
                                        :
                        Debtor(s)       :        Bankruptcy No. 20-11127 PMM

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on May 27, 2025. Docket entry #94, #95 and cancel the hearing scheduled for 7/15/2025 at 1:00 P.M.

Respectfully submitted,

June 17, 2025

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee