United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 20-11127-pmm
Alan Richard DeLong                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2
Date Rcvd: Jul 22, 2025       Form ID: 138OBJ       Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alan Richard DeLong, 4521 East Campbell Road, Pennsburg, PA 18073-2604 |
| 14508025 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14479923 | + | LAKEVIEW LOAN SERVICING LLC, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14472199 | | M&T Bank, PO Box 5738, Springfield, OH 45501-5738 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2025 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14472195 | | Email/Text: bankruptcy@glsllc.com | Jul 23 2025 00:20:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 14494416 | | Email/Text: bankruptcy@glsllc.com | Jul 23 2025 00:20:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14472196 | | Email/Text: Bankruptcy@ICSystem.com | Jul 23 2025 00:20:00 | I C System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14472197 | ^ | MEBN | Jul 23 2025 00:16:11 | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14490125 | ^ | MEBN | Jul 23 2025 00:16:04 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, BUFFALO, NY 14240-0840 |
| 14472198 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 00:20:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Mail Stop MS5/251, Miami, FL 33146-1839 |
| 14472200 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 23 2025 00:27:13 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 14482856 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 23 2025 00:20:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14472201 | + | Email/Text: joe.papagno@smscollects.com | Jul 23 2025 00:20:00 | Source Recovery Services, PO Box 486, Mt Laurel, NJ 08054-0486 |
| 14620180 | ^ | MEBN | Jul 23 2025 00:16:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14472202 | + | Email/Text: bncmail@w-legal.com | Jul 23 2025 00:20:00 | TD Bank USA, c/o Weinstein & Riley, PS, 2001 |

| | | | |
|---|---|---|---|
| 14477363 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 23 2025 00:26:58 | Western Avenue - Suite 400, Seattle, WA 98121-3132<br>U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Alan Richard DeLong scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 102 − 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Alan Richard DeLong ) Case No. 20−11127−pmm
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 22, 2025                                                                                     For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court