UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Alan Richard DeLong    :    Chapter 13

    Debtor    :    No. 20-11127 PMM

## CERTIFICATION OF SERVICE

    I, Albert J. Scarafone, certify that on August 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Determination of Final Cure  Notice of Motion
- Notice of Hearing on Motion for Determination of Final Cure  Notice of Motion

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 20, 2025    /s/ Albert J. Scarafone_____
    Albert J. Scarafone, Esquire – 62039
    Hill, Friedland & Scarafone
    1717 Swede Road, Suite 200
    Blue Bell, PA 19422-3372
    (610) 275-4000
    scarafone@comcast.net

**Mailing List Exhibit**

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail
☐ Other

Kenneth E. West, Chapter 13 Standing Trustee
190 N. Independence Mall West
Philadelphia, PA 19106
Chapter 13 Trustee
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail
☐ Other

Alan Richard DeLong, Debtor
4521 East Campbell Road
Pennsburg, PA 18073-2604
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☒ e-mail: alandelong69@gmail.com
☐ Other

Matthew Fissel, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center 701 Market Street, Suite 5000
Philadelphia, PA 19106
Creditor's Attorney
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail
☐ Other