UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |  |
|---|---|---|---|
| | Alan Richard DeLong | : | No. 20-11127 PMM |
| | | : | |
| | | : | |
| | Debtor | : | Chapter 13 |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Debtor's Motion for Determination of Final Cure and Mortgage Payment regarding Lakeview Loan Servicing LLC National Association, filed at docket entry 107 on August 20, 2025.

Dated: November 17, 2025   /s/ Albert J. Scarafone
             Albert J. Scarafone
             Hill, Friedland & Scarafone
             Attorney for Debtor
             1717 Swede Road, Suite 200
             Blue Bell, PA 19422-3372